WENDOT LAW GROUP, LTD.
Yao (Kelvin) Wen, Esq.
Nevada Bar No. 14299
702-520-8888
411 E. Bonneville Ave. #150
Las Vegas, NV  89101
ywen@wendotlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZIHENG XING | Case No. 2:20-cv-01593-JCM-BNW |
| Plaintiff, | |
| v. | |
| USA GOOD TRAVEL AND TOUR INC, et al. | **MOTION AND PROPOSED ORDER TO WITHDRAW AS COUNSEL OF RECORD** |
| Defendants. | |

    Yao Wen, Esq. respectfully moves this court for an order permitting Yao Wen, Esq. ("Mr. Wen"), who has appeared in these proceedings, to withdraw as counsel for USA GOOD TRAVEL AND TOUR INC ("UGTT") and Mr. Kongming Yan, in the above captioned matter, pursuant to Local Rule IA 10-6, S.C.R 46, and N.R.P.C 1.16 (b)(1) and (7).

    This Motion is made and based upon the Memorandum of Points and Authorities submitted herein, the Declaration of Yao Wen, Esq., attached hereto, the pleadings and papers on file herein, and any argument adduced at the hearing of this Motion to Withdraw as Counsel of Record.

1

MOTION TO WITHDRAW AS COUNSEL OF RECORD

Dated this 24 day of February, 2022.

                WENDOT LAW GROUP, LTD.

                __/s/ Yao Wen_____
                Yao (Kelvin) Wen, Esq. Nevada
                Bar No. 14299
                702-520-8888
                411 E. Bonneville Ave. #150 Las
                Vegas, NV  89101
                ywen@wendotlaw.com

## MEMORANDUM OF POINTS AND AUTHORITIES

Yao Wen entered an appearance on behalf of Defendant on or about Sep 15, 2020, among other things; seek to answer the complaint filed by the opposing counsel.

During the representation, Defendant has substantial disagreement with the Counsel.

Further representation would result in an unreasonable financial burden on both Counsel and Defendant. The representation has also been rendered substantially difficult. Furthermore, Defendant insists upon taking action that the lawyer considers unreasonable or with which the lawyer has fundamental disagreement, therefore making the immediate request to withdraw.

Additionally, the opposing counsel in this case will receive notice of this Motion to Withdraw via the CM/ECF system, pursuant to the certificate of service attached herein.

Additionally, Local Rule IA 11-6 (e) provides that "no withdrawal... shall be approved if delay of discovery, the trial or any hearing in the case would result." Here, no delay of any kind will result from Mr. Wen's' withdrawal because Defendant expressed he will be represented by his new counsel. Opposing counsel should have open channel to discuss with Defendant and his new counsel. Mr. Wen's withdrawal will not prejudice either party or delay any proceeding in this matter.

CONCLUSION

For the reasons set forth above, Mr. Wen respectfully moves this Court enter an Order approving the withdrawal of Mr. Wen as a representing attorney for Defendants in the instant matter.

Dated this 24 of February, 2022.

WENDOT LAW GROUP, LTD.

__/s/ Yao Wen_____
Yao (Kelvin) Wen, Esq. Nevada Bar No. 14299
702-520-8888
411 E. Bonneville Ave. #150 Las Vegas, NV  89101
ywen@wendotlaw.com

**ORDER**

IT IS ORDERED that ECF No. 14 is GRANTED subject to the orders that follow.

IT IS FURTHER ORDERED that Mr. Wen must file a notice of both Defendants' last known addresses by 3/7/2022 so the Court may update its docket.

IT IS FURTHER ORDERED that Mr. Wen must serve a copy of this order on each Defendant and must file a notice with the Court by 3/7/2022 demonstrating that he served this order on Defendants.

IT IS FURTHER ORDERED that Defendant USA Good Travel and Tour Inc. must retain counsel and have counsel file an appearance in this case by 3/28/2022. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney.").

IT IS SO ORDERED

DATED: 9:50 am, March 02, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

3

MOTION TO WITHDRAW AS COUNSEL OF RECORD

WENDOT LAW GROUP, LTD.
Yao (Kelvin) Wen, Esq.
Nevada Bar No. 14299
702-520-8888
411 E. Bonneville Ave. #150
Las Vegas, NV  89101
ywen@wendotlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZIHENG XING ) | Case No. 2:20-cv-01593-JCM-BNW |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| USA GOOD TRAVEL AND TOUR INC,et al. ) | **DECLARATION OF YAO WEN,ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| ) | |
| Defendants. ) | |

I, Yao Wen, declare, under penalty of perjury, that the following is true and correct:

1. I am an attorney-at-law admitted to practice in all courts of the State of Nevada. I have personal knowledge of the facts set forth below and I believe them to be true. I am over eighteen years old and I am competent to testify to the matters set forth herein.

2. I represented Defendants, in the above-referenced matter from the Sep 15, 2020 until my withdraw on Feb 24, 2022.

3. Defendant has been repeated advised of his obligations and substantial disagreement result in Mr. Yao Wen withdrawing as counsel of record.

4. Defendant insists upon taking action that the lawyer considers unreasonable or with which the lawyer has fundamental disagreement, therefore making the immediate request to withdraw.

Dated this 24 of February, 2022.

WENDOT LAW GROUP, LTD.

__/s/ Yao Wen_____
Yao (Kelvin) Wen, Esq. Nevada Bar No. 14299
702-520-8888
411 E. Bonneville Ave. #150 Las Vegas, NV  89101
ywen@wendotlaw.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 24 day of February, 2022, I caused the **MOTION AND PROPOSED ORDER TO WITHDRAW AS COUNSEL OF RECORD** and the **DECLARATION OF YAO WEN, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** to be served by the Court's CM/ECF system.

WENDOT LAW GROUP, LTD.

__/s/ Yao Wen_____
Yao (Kelvin) Wen, Esq. Nevada Bar No. 14299
702-520-8888
411 E. Bonneville Ave. #150 Las Vegas, NV  89101
ywen@wendotlaw.com