Yao (Kelvin) Wen, Esq. NV Bar #14299
**WENDOT LAW GROUP, LTD.**
702-520-8888
411 E. Bonneville Ave. #150
Las Vegas, NV  89101
ywen@wendotlaw.com
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ZIHENG XING, an Individual,<br>        Plaintiff,<br> v.<br>USA GOOD TRAVEL AND TOUR INC d/b/a MEI TOUR AND TRAVEL, a Nevada Corporation; KONGMING YAN, an Individual; DOE DEFENDANTS 1 through 100; and ROE ENTITIES 1 through 100,<br>        Defendants. | **Civil Action No. 2:20-cv-01593-JCM-BNW** |

### NOTICE OF DEFENDANTS' LAST KNOWN MAILING ADDRESS

The undersigned certifies that the last known mailing address of the defendants in the above captioned case are:

Defendant: USA Good Travel and Tour Inc.

Last Known Mailing Address: 4801 Spring Mountain, Las Vegas, NV 89103

Defendant: Kongming Yan

Last Known Mailing Address: 4801 Spring Mountain, Las Vegas, NV 89103

Date: March 7, 2022                                        Respectfully submitted,

-2-

/s/: Yao Wen

Yao (Kelvin) Wen, Esq. NV Bar #14299
**WENDOT LAW GROUP, LTD.**
702-520-8888
411 E. Bonneville Ave. #150
Las Vegas, NV  89101
ywen@wendotlaw.com
*Attorneys for Defendants*

## **ORDER**

IT IS ORDERED that the Clerk of Court is kindly directed to update the Defendants' addresses on the docket consistent with this filing.

**IT IS SO ORDERED**

**DATED:** 4:09 pm, March 08, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**