# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ziheng Xing, | Case No. 2:20-cv-01593-JCM-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| USA Good Travel and Tour Inc., *et al.,* | |
| Defendants. | |

The United States Postal Service was unable to deliver a recent filing in this case. *See* ECF No. 22. Thus, it appears that Defendant USA Good Travel and Tour Inc. is no longer at the address on file with the Court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Defendant USA Good Travel and Tour Inc. must file a notice with its current address with the Court by June 1, 2022. Failure to comply with this Order may result in a recommendation to the district judge that a default be entered against Defendant USA Good Travel and Tour Inc.

**IT IS SO ORDERED.**

DATED: May 16, 2022.

Brenda Weksler
United States Magistrate Judge