Contact Address:

Kongming YAN

USA Good Travel and Tour Inc

Case NO 2:20-cv-01593-JCM-BNW

Address:

4801 Spring Mountain Rd #4

Las Vegas NV 89102

## ORDER

IT IS ORDERED that the Clerk of Court is kindly directed to update Defendant USA Good Travel and Tour Inc's address in accordance with the address provided at ECF No. 24.

IT IS SO ORDERED

DATED: 9:21 pm, June 02, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

06/01/2022