

2:20-cv-01593-JCM-BNW

**DEAR:**
**JUDGES**

Due to the covid pandemic, the traveling business was not running well. As the owner of USA Good Travel and Tour, I am still paying the SBA loan. The company is not able to afford attorneys, so I would like to represent myself for this case – pro se. I am requesting an English interpreter for the language barrier.
In addition, Ziheng Xing received all legal and legitimate payrolls. I will provide the evidence from my CPA.

Thanks,

Kongming Yan
MEI TOUR AND TRAVEL
11/08/2022

## ORDER

The Court has reviewed Defendant's Motion for Interpreter (filed at ECF No. 27).

Defendant USA Good Travel and Tour Inc. seeks to have its owner represent the company *pro se*. But, as the Court has previously advised Defendant, a corporation cannot represent itself. *See In re Am. W. Airlines,* 40 F.3d 1058, 1059 (9th Cir. 1994) (holding that "[c]orporations and other unincorporated associations must appear in court through an attorney"). Accordingly, Defendant must obtain counsel. The Court has provided Defendant multiple extensions to locate an attorney. Defendant is advised that the Court will provide it with one **final** extension to locate an attorney. **IT IS THEREFORE ORDERED** that Defendant USA Good Travel and Tour Inc. shall have until **December 18, 2022** to retain counsel and have counsel file a notice of appearance. Failure to comply with this order will result in a recommendation to the District Judge that a default be entered against Defendant USA Good Travel and Tour Inc.

Defendant also seeks the Court to appoint it an interpreter but does not cite to any authority which allows a District Court to appoint counsel in a civil action. Defendant has so far demonstrated its proficiency to communicate in written English. Accordingly, absent specific authorization to appoint an interpreter, and because there are no proceedings scheduled or likely to be scheduled in the near future which would require Defendant to communicate in a manner other than in writing, the Court denies Defendant's motion in this respect as well.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Interpreter (ECF No. 27) is DENIED without prejudice.

IT IS SO ORDERED
DATED: 5:03 pm, November 18, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

**MEI TOUR & TRAVEL**
4801 Spring Mountain Rd #A
Las Vegas, NV 89102
Tel: 702-979-2678, 702-350-8662
WECHAT: MEITRAVEL

7020 2450 0000 3056 6710

CERTIFIED MAIL

14 NOV 2022 PM 3 L

Kongming Yan
LAS VEGAS NV 890

FILED _____ RECEIVED
ENTERED _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

NOV 15 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

MARSHAL SERVICE

US District Court
333 Las Vegas Blvd So — Rm 1334
District of Nevada
D. GEORGE U.S. Courthouse
Las Vegas NV 89101

89101–706934

$4.57
US POSTAGE
FIRST-CLASS
062512851628
89139
0000010094