UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ziheng Xing,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>USA Good Travel and Tour Inc., et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01593-MMD-BNW<br><br>**REPORT AND RECOMMENDATION** |

　　　Defendant USA Good Travel and Tour Inc. is a corporate defendant that does not have counsel in this case. Corporations cannot represent themselves and must be represented by attorneys. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). As such, the Court has repeatedly ordered USA Good Travel to retain counsel and warned it that a failure to do so would result in a default being entered against it. *See* ECF Nos. 15, 19, 26, 30. USA Good Travel has not complied with the Court's repeated orders.

　　　**IT IS THEREFORE RECOMMENDED** that a default be entered against Defendant USA Good Travel and Tour Inc.

### NOTICE

　　　This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

　　　DATED: January 26, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE