UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZIHENG XING,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>USA GOOD TRAVEL AND TOUR INC., *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-01593-MMD-BNW<br><br>ORDER |

　　　　Before the Court is the Report and Recommendation of United States Magistrate Judge Brenda N. Weksler (ECF No. 31 ("R&R")), recommending the Court enter default against Defendant USA Good Travel and Tour Inc. ("Good Travel"). Judge Weksler recommends default be entered because Good Travel has failed to retain counsel to represent it despite repeated warnings and extensions of the deadline for Good Travel to retain counsel. (*Id.*; ECF Nos. 19, 26.) No objection has been filed and the deadline to do so has expired.

　　　　This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where, as here, a party fails to object to a magistrate's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the court "need only satisfy itself that there is no clear error on the

face of the record in order to accept the recommendation"). The Court accordingly adopts Judge Weksler's R&R.

It is therefore ordered the Report and Recommendation of United States Magistrate Judge Brenda N. Weskler (ECF No. 31) is accepted and adopted in full.

It is further ordered that the Clerk of Court enter default against Defendant USA Good Travel and Tour Inc.

It is further ordered that Plaintiff has 14 days from the date of entry of this order to file a motion for default judgment against Good Travel.

DATED THIS 13th Day of February 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE