AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ziheng Xing,

           Plaintiff,

v.

USA Good Travel and Tour Inc., et al.

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01593-MMD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff's Motion for Summary Judgment (ECF No. 57) is granted in part as to the uncompensated work time, uncompensated overtime, and unjust enrichment claims. The Court dismisses Plaintiff's civil conspiracy claim.

11/4/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ DLS  
Deputy Clerk